LEANDER LINDSEY *v.* MARTIN WHITTLE.

[Abstract Kentucky Law Reporter, Vol. 5—248.]

**Deed as Evidence.**

In the absence of any allegation or proof that one is mistaken as to what land was intended to be conveyed by a deed which that one drew himself, the deed in itself is sufficient proof of the contract between the vendor and vendee.

APPEAL FROM EDMONSON CIRCUIT COURT.

September 29, 1883.

OPINION BY JUDGE HINES:

In the absence of any allegation and of any proof that appellant was mistaken as to what land was intended to be conveyed by the deed which he himself drew, the deed in itself is sufficient evidence of the contract between the vendor and vendee, and sufficient evidence of the fact that the deed was accepted by the appellant.

Judgment *affirmed.*

*L. M. Hazlip, for appellant.*

*L. J. Proctor, for appellee.*